**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00338-CV**
_____

**DOOLYTTLE USA, LLC, Appellant**

**V.**

**INTERNATIONAL BANK OF COMMERCE, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-07-07909-CV**

**MEMORANDUM OPINION**

The appellant, Doolyttle USA, LLC, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

1

Submitted on October 14, 2015
Opinion Delivered October 15, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.